UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :

        - v.-                                                       :

JOHN GREANEY,                                       :

                         Defendant.     :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/11

S6 08 Cr. 828 (VM)

## RESTITUTION ORDER

It is hereby ORDERED that as a result of his conviction on Counts One and Two and Two of the above-referenced indictment, defendant John Greaney is adjudged liable for restitution as follows:

1.    Greaney is liable for restitution in the amount of **$4,973,259.92** to the District Council of Carpenters Benefit Funds ("the Funds"), 395 Hudson Street, New York, New York, 10014-7450, Attention: Executive Director. That amount includes restitution owed in connection with the following losses:

    (a)    Losses related to Turbo Enterprises

- $1,376,418.22 principal
- $151,785.11 interest (calculated through 5/11/05)
- less $3,821.91 surety balance that the Funds will apply toward the restitution obligation

Subtotal related to Turbo: $1,524,381.42

    (b)    Losses related to Pitcohn Construction Enterprises

- $1,449,855.51 principal
- $626,710.02 interest (calculated through 3/10/09)
- less $10,000 surety balance that the Funds will apply

toward the restitution obligation

Subtotal related to Pitcohn: $2,066,565.53

    (c)    Losses related to Pyramid Associates Construction Corp.

- $937,471.36 principal
- $451,661.75 interest (calculated through 10/15/09)
- less $6,820.14 surety balance that the Funds will apply toward the restitution obligation

Subtotal related to Pyramid: $1,382,312.97

2.    Greaney is liable for restitution in the amount of **$28,822.90** to the Promotional Fund, consisting of the following amounts:

- $10,857.30 relating to Turbo
- $10,830.60 relating to Pitcohn
- $7,135.00 relating to Pyramid

Restitution to the Promotional Fund shall be payable only after the restitution amounts owed to the District Council and Funds have been paid in full. It shall payable to the Promotional Fund, at the same address as the Funds.

3.    Greaney shall be jointly and severally liable for the losses set forth above related to Turbo, Pitcohn, and Pyramid with co-defendant Michael Forde (for the entire amount), and with co-defendant Brian Hayes (up to $120,000 apportioned amount of restitution that Hayes was ordered to pay).

So Ordered:

_____
Hon. Victor Marrero

Executed on: June 17, 2011
New York, New York

2